**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Kathy** <br> First name <br><br> **P** <br> Middle name <br><br> **Seide** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9487** | |

Debtor 1  **Kathy P Seide**  Case number *(if known)*

Official Form 101

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **547 Ringwood Avenue**<br>**Apartment#3B**<br>**Wanaque, NJ 07465**<br>Number, Street, City, State & ZIP Code<br><br>**Passaic**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  **Kathy P Seide**                                            Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Kathy P Seide**  _____  Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 4

| Debtor 1 | Kathy P Seide | Case number *(if known)* |
|---|---|---|

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Kathy P Seide**    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kathy P Seide**
**Kathy P Seide**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **6/07/2019**
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Debtor 1  **Kathy P Seide**                                                                                                    Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ HERBERT B. RAYMOND, ESQ.** | Date **6/07/2019** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**HERBERT B. RAYMOND, ESQ. HR#1379**
Printed name

**HERBERT B. RAYMOND, ESQ.**
Firm name

**7 GLENWOOD AVENUE
SUITE 408
EAST ORANGE, NJ 07017**
Number, Street, City, State & ZIP Code

Contact phone **973-675-5622**          Email address   **BANKRUPTCY123@COMCAST.NET**

**HR#1379 NJ**
Bar number & State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

| | | |
|---|---|---|
| American Express<br>Bankruptcy<br>P0 Box 981540<br>El Paso, TX 79998 | Barclays Bank Delaware<br>Attn: Correspondence<br>P0 Box 8801<br>Wilmington, DE 19899 | Capital One Bank ( USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272 |
| American Express<br>P0 Box 297871<br>Fort Lauderdale, FL 33329 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899 | Capital One, NA<br>Bankruptcy Dept.<br>PO Box 5155<br>Norcross, GA 30091 |
| American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329-7812 | Barclays Bank Delaware<br>PO Box 8833<br>Wilmington, DE 19899 | Capital One, NA<br>Capital One Bank (USA) N.A.<br>P0 Box 30285<br>Salt Lake City, UT 84130 |
| American Express<br>2965 W. Corporate Lakes Blvd.<br>Fort Lauderdale, FL 33331 | Capital One<br>Attn: Bankruptcy<br>P0 Box 30285<br>Salt Lake City, UT 84130 | Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886 |
| Bank of America<br>Attn: Bankruptcy<br>P0 Box 982238<br>El Paso, TX 79998 | Capital One<br>Attn: Bankruptcy<br>P0 Box 30285<br>Salt Lake City, UT 84130 | Cardmember Services<br>P0 Box 1423<br>Charlotte, NC 28201 |
| Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634 | Capital One<br>Attn: Bankruptcy Department<br>P0 Box 30285<br>Salt Lake City, UT 84130 | Cardmember Services<br>PO Box 8982<br>Madison, WI 53708 |
| Bank of America<br>PO Box 220411<br>Greensboro, NC 27420 | Capital One<br>P0 Box 26625<br>Richmond, VA 23261 | Cardmember Services<br>P0 Box 8982<br>Madison, WI 53708 |
| Bank of America<br>PO Box 650260<br>Dallas, TX 75265 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Cardworks Servicing<br>PO Box 9201<br>Old Bethpage, NY 11804 |
| Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Capital One<br>P0 Box 30253<br>Salt Lake City, UT 84130 | Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886 |
| Barclays Bank<br>125 South West Street<br>Wilmington, DE 19801 | Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272 | Chase Bank<br>PO Box 29550<br>Phoenix, AZ 85068 |

Chase Bank
PO Box 659732
San Antonio, TX 78265

Chase Bank
2500 Westfield Drive
Elgin, IL 60124

Chase Bank
PO Box 901038
Fort Worth, TX 76101

Chase Card Services
Attn: Bankruptcy
P0 Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
P0 Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
P0 Box 15298
Wilmington, DE 19850

Chase Card Services
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Po Box 15369
Wilmington, DE 19850

Chase Card Services
P0 Box 15369
Wilmington, DE 19850

Citi Card
P0 Box 6241
Sioux Falls, SD 57117

Citibank
Attn: Bankruptcy
P0 Box 790034
St Louis, MO 63179

Citibank
PO Box 6500
Sioux Falls, SD 57117

Citibank/Exxon Mobile
Centralized Bankruptcy
P0 Box 790034
Saint Louis, MO 63179

Citibank/Exxon Mobile
P0 Box 6497
Sioux Falls, SD 57117

Citibank/Sears
Attn: Bankruptcy
P0 Box 6275
Sioux Falls, SD 57117

Citibank/Sears
P0 Box 6217
Sioux Falls, SD 57117

Citicards
PO Box 6500
Sioux Falls, SD 57117

Citicards
7920 NW 110th Street
Kansas City, MO 64153

Citicorp Credit Services
4600 Houston Rd.
Florence, KY 41042

Comenity
PO Box 183003
Columbus, OH 43218

Comenity
PO Box 183003
Columbus, OH 43218

Comenity Bank
Attn: Bankruptcy
P0 Box 182125
Columbus, OH 43218

Comenity Bank
Attn: Bankruptcy
P0 Box 182125
Columbus, OH 43218

Comenity Bank
Attn: Bankruptcy
P0 Box 182125
Columbus, OH 43218

Comenity Bank
Attn: Bankruptcy
P0 Box 182125
Columbus, OH 43218

Comenity Bank
P0 Box 182789
Columbus, OH 43218

Comenity Bank
Attention: Bankruptcy
P0 Box 182686
Columbus, OH 43218

Comenity Bank
P0 Box 182789
Columbus, OH 43218

Comenity Bank
Attention: Bankruptcy
P0 Box 182686
Columbus, OH 43218

Comenity Bank
Attention: Bankruptcy
P0 Box 182686
Columbus, OH 43218

| | | |
|---|---|---|
| Comenity Bank<br>P0 Box 182789<br>Columbus, OH 43218 | Dsnb Bloomingdales<br>Attn: Recovery "Bk"<br>P0 Box 9111<br>Mason, OH 45040 | First Premier Bank<br>PO Box 5114<br>Sioux Falls, SD 57117 |
| Comenity Bank<br>P0 Box 182789<br>Columbus, OH 43218 | Dsnb Bloomingdales<br>P0 Box 8218<br>Mason, OH 45040 | First Premier Bank<br>Attn: Correspondence Department<br>PO Box 5525<br>Sioux Falls, SD 57117 |
| Department Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Elan<br>Elan Financial Services<br>PO Box 108<br>Saint Louis, MO 63166-9801 | First Premier Bank<br>3820 N Louise Avenue<br>Sioux Falls, SD 57107 |
| Deptartment Store National Bank/Macy's<br>P0 Box 8218<br>Mason, OH 45040 | Elan Financial Service<br>Attn: Bankruptcy<br>4801 Frederica Street<br>Owensboro, KY 42301 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 |
| Discover<br>PO Box 5044<br>Sandy, UT 84091-5044 | Elan Financial Service<br>Po Box 108<br>Saint Louis, MO 63166 | Internal Revenue Service<br>PO Box 57<br>Bensalem, PA 19020 |
| Discover<br>PO Box 5019<br>Sandy, UT 84091-5019 | Exxon<br>PO Box 4556<br>Carol Stream, IL 60197-4556 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 |
| Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | Fein, Such, Kahn, and Shepard ESQ<br>7 Century Drive<br>Suite 201<br>Parsippany, NJ 07054 | Internal Revenue Service<br>PO Box 309011<br>AMC 8228<br>Memphis, TN 37501 |
| Discover<br>PO Box 30952<br>Salt Lake City, UT 84130 | Fein, Such, Kahn, and Shepard LLC<br>7 Century Drive<br>Suite 201<br>Parsippany, NJ 07054 | Internal Revenue Service<br>ACS Support - Stop 5050<br>PO Box 219236<br>Kansas City, MO 64121 |
| Discover Financial<br>Attn: Bankruptcy Department<br>P0 Box 15316<br>Wilmington, DE 19850 | First Premier Bank<br>Attn: Bankruptcy<br>P0 Box 5524<br>Sioux Falls, SD 57117 | IRS<br>PO Box 804527<br>Cincinnati, OH 45280 |
| Discover Financial<br>P0 Box 15316<br>Wilmington, DE 19850 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201 |

Kohl's
PO Box 3084
Milwaukee, WI 53201

Merrick Bank
PO Box 660702
Dallas, TX 75266

Nordstrom
PO Box 79134
Phoenix, AZ 85062

Kohls/Capital One
Attn: Bankruptcy
P0 Box 30285
Salt Lake City, UT 84130

Merrick Bank/CardWorks
Attn: Bankruptcy
P0 Box 9201
Old Bethpage, NY 11804

Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062

Kohls/Capital One
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Merrick Bank/CardWorks
Po Box 9201
Old Bethpage, NY 11804

Nordstrom FSB
Attn: Bankruptcy
P0 Box 6555
Englewood, CO 80155

Macy's
PO Box 78008
Phoenix, AZ 85062

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

Nordstrom FSB
13531 E Caley Ave
Englewood, CO 80111

Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Nordstrom Visa
PO Box 79137
Phoenix, AZ 85062

Macy's Visa
P0 Box 745012
Cincinnati, OH 45274

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

PNC
2730 Liberty Avenue
Pittsburgh, PA 15222

Macy's Visa
Bankruptcy
6356 Corley Road
Norcross, GA 30071

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

PNC Bank
Consumer Loan Center
2730 Liberty Avenue
Pittsburgh, PA 15222

Macy's Visa
P0 Box 9001108
Louisville, KY 40208

Mr. Cooper
PO Box 650783
Dallas, TX 75265

Pnc Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804

Nationstar Mortgage Inc.
350 Highland Drive
Lewisville, TX 75067

Pnc Mortgage
P0 Box 8703
Dayton, OH 45401

Merrick Bank
PO Box 23356
Pittsburgh, PA 15222

Nordstrom
PO Box 6555
Englewood, CO 80155-6555

Sears Credit Card
PO Box 183081
Columbus, OH 43218

Sears Credit Card
P0 Box 78051
Phoenix, AZ 85061

Synchrony Bank
P0 Box 965013
Orlando, FL 32896

TD Bank
PO Box 8400
Lewiston, ME 04243

Sears Credit Cards
PO Box 183082
Columbus, OH 43218-3082

Synchrony Bank
P0 Box 965015
Orlando, FL 32896

TD bank
PO Box 84037
Fortson, GA 31808

State Farm Bank
PO Box 23025
Columbus, GA 31902

Synchrony Bank
PO Box 960013
Orlando, FL 32896

Td Bank N.a.
32 Chestnut Street
Lewiston, ME 04240

State Farm Bank
3 State Farm Plaza
Bloomington, IL 61791

Synchrony Bank
P0 Box 965015
Orlando, FL 32896

TD Bank, N.A.
32 Chestnut Street
P0 Box 1377
Lewiston, ME 04243

State Farm Bank
PO Box 2326
Maple City, KS 67102

Synchrony Bank
P0 Box 965015
Orlando, FL 32896

TD Bank, N.A.
32 Chestnut Street
Lewiston, ME 04240

State Farm Financial
1 State Farm Plaza E-6
Bloomington, IL 61710

Synchrony Bank/Gap
P0 Box 965005
Orlando, FL 32896

TD Banknorth
Operations Center
P0 Box 1377
Lewiston, ME 04243

State Farm Financial Services
1 State Farm Plaza
Bloomington, IL 61710

Target
Attn: Bankruptcy
P0 Box 9475
Minneapolis, MN 55440

TD Card Services
PO Box 2580
Cherry Hill, NJ 08034

Synchrony Bank
Attn: Bankruptcy Department
P0 Box 965060
Orlando, FL 32896

Target
P0 Box 673
Minneapolis, MN 55440

The Valley Hospital
223 N. Van Dien Avenue
Ridgewood, NJ 07450

Synchrony Bank
Attn: Bankruptcy
P0 Box 965060
Orlando, FL 32896

TD Bank
Attn: Bankruptcy
1701 Rt 70 E
Cherry Hill, NJ 08034

The Valley Hospital LLC
223 N. Van Dien Avenue
Ridgewood, NJ 07450

Synchrony Bank
PO Box 530927
Atlanta, GA 30353

TD Bank
Po Box 219
Lewiston, ME 04243

Ubs Bank Usa
299 South Main Street
Salt Lake City, UT 84111

US Bank
PO Box 5227
Cincinnati, OH 45201

Wells Fargo Bank
PO Box 30086
Los Angeles, CA 90030

US Bank
PO Box 790039
Saint Louis, MO 63179

Wells Fargo Bank
PO Box 28724
Kansas City, MO 64118

US Bank
4801 Frederica Street
Owensboro, KY 42301

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus
Des Moines, IA 50328

US bank
PO Box 6352
Fargo, ND 58125

Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306-0347

Volvo Car Financial
PO Box 91300
Mobile, AL 36691

Wells Fargo Card Services
PO Box 6412
Carol Stream, IL 60197

Volvo Car Financial Serrvice
1 Volvo Drive
Rockleigh, NJ 07647

Wells Fargo Card Services
PO Box 77053
Minneapolis, MN 55480

Volvo Finance North America
1700 Jay Ell Drive
Richardson, TX 75081

Wells Fargo Financial
PO Box 98784
Las Vegas, NV 89193

Volvo Finance North America
1700 Jay Ell Drive
Richardson, TX 75081

World Financial Network Bank
220 W. Schrock Road
Westerville, OH 43081

Volvo Finance, L.L.C.
PO Box 71102
Charlotte, NC 28272

World Financial Network National Bank
PO Box 182125
Columbus, OH 43218-2125

Volvo Financial Services
7025 Albert Pick Road
Suite 205
Greensboro, NC 27409